UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CAUSE NO. 3:05-CR-35RM |
| ) | |
| TIMOTHY CALHOUN (02) ) | |
| ) | |

## OPINION AND ORDER

The defendant, Timothy Calhoun, filed his "Amended Motion to Reconsider Court's Order of Detention." The court invites the government's response specifically to paragraph number 5 of the amended motion pertaining to Mr. Calhoun's attendance record at Addictions Recovery. Such response shall be due not later than August 1, 2005.

SO ORDERED.

ENTERED: July 20, 2005

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court